Bertie Hauser, Respondent, v. William J. Hauser, Appellant.—'Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth S. Sterry, Appellant, v. James W. Sterry, Respondent.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Celia Gorovoy, as Administratrix, etc., v. West Side Mason Contracting Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albina Coyle, Respondent, v. Jeremiah Lucey, as Administrator, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Enoch Morgan's Sons Company, Respondent, v. Horace Inman and Harry A. Inman, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur Hargrave, an Infant, etc., Respondent, v. M. Groh's Sons, Appellant. (2 cases.) — Judgments and orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John H. Ranger, Respondent, v. Charles E. Locke, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William Henry Ormes, Respondent, v. Daniel Winant, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Robert S. Smith, Appellant, v. Max Rubel, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Eva Wolf, an Infant, etc., Respondent, v. Charles L. Carpenter, Trustee, etc., Appellant, Impleaded with Others.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, on the ground that the evidence does not sustain the finding that the defendant was guilty of negligence. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin, J., dissenting.)

Consolidated Railway and Light Company, Appellant, v. Electric Bond and Share Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Elmohar Company, Appellant, v. The Peoples Surety Company of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. 'J., McLaughlin, Laughlin, Clarke and Scott, JJ.